UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-01364-MAA                                      Date: April 14, 2026

Title     Dawn Stevens v. Jewitches LLC, et al.

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| --- | --- |
| N/A | N/A |

**Proceedings (In Chambers):**      **Order to Show Cause Re: Dismissal for Lack of Prosecution**

On February 10, 2026, Plaintiff Dawn Stevens ("Plaintiff") filed her Complaint ("Complaint") against Defendants Jewitches LLC, Dickens Property Company, LLC, and Does 1 through 10 (each, a "Defendant" and collectively, "Defendants").  (ECF No. 1.)  On February 26, 2026, Plaintiff filed proofs of service indicating that Defendants Jewitches LLC and Dickens Property Company, LLC had been served with the Complaint on February 24, 2026 such that their answers were due March 17, 2026.  (ECF Nos. 8, 9.)  As of April 13, 2026, however, no answer or other response from Defendant has been filed.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **14 days from the date of entry of this Order to Show Cause**, why this action should not be dismissed for lack of prosecution.  The Court will discharge the Order to Show Cause upon the filing of the following: (1) a response to the complaint by Defendant(s) or (2) an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a) by Plaintiff.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

It is so ordered.